■ In the Matter of the Estate of CLARA R. MACDONALD, Deceased. EDITH W. MACDONALD, Appellant; JOSEPH NOLAN, Respondent.—In a probate proceeding, the appeal is from an order of the Surrogate's Court, Westchester County, dated May 29, 1975, which denied probate to the photocopy of a certain instrument. Order affirmed, without costs. The record supports the Surrogate's Court's denial of probate, as the decedent's lost or destroyed will, to a photocopy of a certain instrument. Rabin, Acting P. J., Hopkins, Martuscello and Munder, JJ., concur.